```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

         - v -                   :       NOTICE OF INTENT TO
                                         FILE AN INFORMATION
ARFHY SANTOS, a/k/a "Coyote,"    :

              Defendant.         :            21 CRIM 545

- - - - - - - - - - - - - - - - x
```

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June __, 2021

                                    AUDREY STRAUSS
                                    United States Attorney


                           By:      _____
                                    Christopher D. Brumwell
                                    Assistant United States Attorney


                                    AGREED AND CONSENTED TO:


                           By:      /s Lawrence Fisher
                                    Lawrence Fisher
                                    Attorney for Arfhy Santos