UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA        :
                                :   WAIVER OF INDICTMENT
          - v. -                :
                                :   21 Cr. __545__
ARFHY SANTOS, a/k/a "Coyote,"   :
                                :
          Defendant.            :
- - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 922(g) and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                             /s Arfhy Santos
                                             Arfhy Santos
                                             Defendant


                                             /s Lawrence Fisher
                                             Lawrence Fisher
                                             Counsel for Defendant

Date:    New York, New York
           August 3, 2021