LAWRENCE M. FISHER
Attorney at Law
233 Broadway - Suite 2348
New York, NY  10279
W: (212) 226-5700
C: (917) 225-2397

Honorable Judge Paul A. EngelmayerSeptember 5, 2021
United States District Court Judge
Southern District of New York
40 Foley Square
New York, N.Y.  10007

Re: <u>USA  v. Arfhy Santos</u>
21 CR 545 (PAE)

Dear Judge Engelmayer:

I represent the defendant, Mr. Arfhy Santos. I write to respectfully request that my client's home confinement with electronic monitoring condition (which has been in place for approximately 10 months) be removed.

On November 17, 2020, Magistrate Judge Kevin Fox set the following bail conditions upon consent of the parties: a $150,000 PRB, co-signed by 2 FRP's, travel restricted to SDNY & EDNY, surrender of travel documents, pre-trial supervision as directed, home detention with electronic monitoring, and defendant to seek employment. A short time thereafter, the defendant was released and fitted with an electronic bracelet.

To date, the defendant has fully complied with all of his bail conditions including securing full-time, on-the-books employment at an auto body shop. He has also proven to be reliable and compliant with his curfew. Recently, Judge Fox granted the defendant permission to work overnight as a paid singer pursuant to a written contract with the Blue Bar and Grill of Yonkers, N.Y. The defendant successfully completed his performance without incident. The defendant expects similar employment opportunities to follow later this month.

It is therefore respectfully requested that the home confinement with electronic monitoring condition be removed with all other bail conditions remaining the same.

I have contacted USPTO Ashley Cosme who consents to the removal of my client's home confinement with electronic monitoring condition. However, AUSA Christopher Brumwell does not consent.

Cc:AUSA BrumwellRespectfully submitted,
USPTO Cosme       /s/
LAWRENCE M. FISHER

**DENIED.** Substantially for the reasons given by the Government, the Court declines to modify the conditions of release to remove the requirement of home detention. The Clerk of Court is requested to terminate the motion at Dkt. No. 27.

9/10/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge