LAWRENCE M. FISHER
Attorney at Law
233 Broadway - Suite 2348
New York, NY  10279
W: (212) 226-5700
C: (917) 225-2397

Honorable Judge Paul A. Engelmayer     October 6, 2021
United States District Court Judge
Southern District of New York
40 Foley Square
New York, N.Y.  10007

                                                         Re: *USA  v. Arfhy Santos*
                                                             *21 CR 545 (PAE)*

Dear Judge Engelmayer:

       As you know, I represent the defendant, Mr. Arfhy Santos. As mentioned briefly in our Sept. 14th phone conference, my client is scheduled to undergo a left hip replacement surgery on October 11, 2021 at The Westchester County Medical Center under the care of Dr. Peter Lementowski. In order for this procedure to be performed, my client's electronic monitoring device needs to be removed.

       After conferring with USPTO Ashley Cosme as well as AUSA Christopher Brumwell, and with both of their consent, I write to respectfully request that my client's ankle bracelet be removed the day before his surgery and reinstalled as soon as possible following his discharge from the hospital. It is anticipated that my client's hospitalization will last approximately 2-3 days.

       The exact language involving the time of removal and reinstallation was specifically made at the request of USPTO Cosme and agreed upon by AUSA Brumwell.

**GRANTED.** The defendant shall notify Pretrial Services within eight (8) hours of his discharge from the hospital.  The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

                                  Respectfully submitted,
                                    /s/
      10/7/2021                       LAWRENCE M. FISHER

SO ORDERED.

          *[signature: Paul A. Engelmayer]*
      _____
             PAUL A. ENGELMAYER
            United States District Judge