LAW OFFICES OF
# LAWRENCE M. FISHER
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

TELEPHONE (212) 226-5700
FACSIMILE (212) 226-3224
EMAIL: Fishercrimlaw@gmail.com

Honorable Paul A. Engelmayer      March 3, 2022
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

                               Re: <u>United States of America v. Arfhy Santos</u>
                                            21-CR-545 (PAE)

Dear Judge Engelmayer:

       This letter is respectfully submitted on behalf of Mr. Arfhy Santos, who was sentenced by Your Honor on January 26, 2022 to 15 months imprisonment and 3 years of supervised release. Mr. Santos is currently at liberty waiting to surrender to an unknown institution on March 28, 2022.

       I write to request bail modification of my client's home detention condition to permit my client to attend two music video recording sessions for his upcoming music videos. The dates are March 9 and 18, 2022. Both music video recording sessions will take place at the same location, Uptown Shots, located at 213 East 121st Street, NY, NY 10035, and at the same time from 4pm-9pm.

       It is therefore respectfully requested that the bail conditions be modified as requested above with all other bail conditions remaining the same.

       I have contacted AUSA Christopher Brumwell who consents to this request and USPTO Ashley Cosme who does consent.

                                                                          Respectfully submitted,
                                                                                     /s/
                                                                       LAWRENCE M. FISHER

Cc:    AUSA Brumwell
          USPTO Cosme