LAW OFFICES OF
# LAWRENCE M. FISHER
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

____

TELEPHONE (212) 226-5700
FACSIMILE (212) 226-3224
EMAIL: Fishercrimlaw@gmail.com


Honorable Paul A. Engelmayer                                     September 20, 2023
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007


Re: United States of America v. Arfhy Santos
21-CR-545 (PAE)

Dear Judge Engelmayer:

       This letter is respectfully submitted on behalf of Mr. Arfhy Santos, who was sentenced by Your Honor on January 26, 2022 to 15 months imprisonment along with 3 years of supervised release.

             As you may recall, my client is a very talented and accomplished international singer/performer in the Latin Urban music industry. He has accumulated over 4 million views on his official YouTube channel. He is known for giving excellent live performances.

       As a result, I write to request permission for my client to travel to Santo Domingo, Dominican Republic from the last week of November, 2023 until the first week of January, 2024 (with the exact travel dates and itinerary to be provided to USPO Nicolas Shea) to perform as a singer at various performance venues within Santo Domingo. Currently, Mr. Santos has received, and is prepared to accept, various lucrative performance contracts to perform shows on the dates of December 1,2,3,7 and 15. He anticipates being offered a few more performance dates in December including, possibly, New Year's eve. I can provide copies of the contracts to the Court if requested.

       Additionally, if the Court grants this travel request, Mr. Santos requests permission to apply for and to receive a US Passport on an expedited basis.

       I have spoken with AUSA Christopher Brumwell who consents to all of these requests. I have also spoken with USPO Nicolas Shea who supervises Mr. Santos. USPO Shea informs that his office does not take a position on international travel. However, USPO Shea did inform that to date, Mr. Santos has been in full compliance with his obligations. USPO Shea also informs that if the Court grants the travel requested, he has no objection to Mr. Santos applying for a US Passport.

Respectfully Submitted,

LAWRENCE M. FISHER, ESQ.
Attorney for Defendant

**GRANTED**, subject to such notification obligations as the Probation Department may impose. The Clerk of Court is requested to terminate the motion at Dkt. No. 69.

9/20/2023

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge