LAW OFFICES OF
LAWRENCE M. FISHER
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

TELEPHONE (212) 226-5700
EMAIL: Fishercrimlaw@gmail.com

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

June 24, 2026

Re: United States of America v. Arfhy Santos
21-CR-545 (PAE)

Dear Judge Engelmayer:

This letter is respectfully submitted on behalf of Mr. Arfhy Santos, who is currently on supervised release which is set to expire on August 18, 2026.

As you may recall, Mr. Santos is a popular singer and performer on the Latin Urban music scene specializing in the reggaeton genre.

I write to request that my client be permitted to travel in and around Madrid, Spain from July 10, 2026 to August 2, 2026 to perform his musical act at approximately 8 different venues including festivals, beach clubs and nightclubs during that time period. My client would be staying at the hotel Barcelo Torre de Madrid in Madrid, Spain. Mr. Santos would provide his exact travel dates and itinerary to USPO Harris.

I have contacted AUSA Christopher Brumwell who consents to this request. I have also contacted USPO Harris who advised that it is the probation department's policy across the board to not consent to international travel.

Respectfully Submitted,

LAWRENCE M. FISHER, ESQ.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 83.

7/6/2026

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Cc: AUSA Brumwell
USPO Harris