LAW OFFICES OF
LAWRENCE M. FISHER
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

TELEPHONE (212) 226-5700
EMAIL: Fishercrimlaw@gmail.com

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

July 7, 2026

Re: United States of America v. Arfhy Santos
21-CR-545 (PAE)

Dear Judge Engelmayer:

This letter is respectfully submitted to modify the dates of my client's previously authorized travel.

Due to the increased cost of booking flights at this late juncture, it is more cost effective for my client to travel to Spain from approximately July 15 until August 5, 2026. This change will not have an adverse effect on my client's performance schedule.

AUSA Christopher Brumwell consents to this request. I texted USPO Harris who has yet to reply. However, as stated in my prior letter, it is the probation department's policy across the board to not consent to international travel.

Respectfully Submitted,

LAWRENCE M. FISHER, ESQ.

Cc: AUSA Brumwell
USPO Harris

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 85.

7/8/2026

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge